DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERRY A. RIGGS, SR.,**
Appellant,

v.

**US BANK, N.A.,**
Appellee.

No. 4D2022-0800

[December 14, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Andrea Ruth Gundersen, Judge; L.T. Case No. CACE14-020167.

Samuel D. Lopez of Samuel D. Lopez, P.A., Southwest Ranches, for appellant.

Allison Morat of Bitman, O'Brien & Morat, PLLC, Lake Mary, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***